No. 525. HARTFORD ACCIDENT & INDEMNITY CO. *v.* McPHERSON, ADMINISTRATOR. Argued April 18, 1932. Decided April 25, 1932. *Per Curiam:* The appeal is dismissed for the want of a properly presented federal question. *Hartford Life Insurance Co.* v. *Johnson,* 249 U. S. 490, 493; *Nevada-California-Oregon Ry.* v. *Burrus,* 244 U. S. 103, 104, 105; *Atlantic Coast Line R. Co.* v. *Mims,* 242 U. S. 532, 535; *Louisville & Nashville R. Co.* v. *Woodford,* 234 U. S. 46, 51. *Mr. R. M. Robinson* for appellant. *Messrs. Frank P. Hobgood, Jr.,* and *Wm. S. Coulter* were on the brief for appellee.

No. 657. EDWARD A. THOMPSON, INC. *v.* LUMBER MUTUAL CASUALTY INSURANCE CO. Argued April 21, 22, 1932. Decided April 25, 1932. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Wabash R. Co.* v. *Flannigan,* 192 U. S. 29, 38; *C. A. King & Co.* v. *Horton,* 276 U. S. 600; *Bank of Indianola* v. *Miller,* 276 U. S. 605; *Roe* v. *Kansas,* 278 U. S. 191. *Mr. Leo C. Weiler* for appellant. *Mr. Herbert G. Kraft* was on the brief for appellee. See also 134 Misc. 370, 235 N. Y. S. 646; 137 Misc. 379, 244 N. Y. S. 20, 254 N. Y. S. 921, 1007.